# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, <br><br> *Plaintiff*, <br><br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, <br><br> *Defendant*. | Civil Action No.: 18-1597 (RBW) |

## JOINT STATUS REPORT

Pursuant to the Court's September 12, 2018 Minute Order, the Parties respectfully submit this Joint Status Report.

1. Plaintiff, Democracy Forward Foundation ("Plaintiff"), submitted a Freedom of Information Act ("FOIA") request to Defendant, Federal Emergency Management Agency ("FEMA"), seeking any "After-Action Report(s)" discussing hurricane damage in Puerto Rico, including by Hurricane Maria, and related records.

2. As noted in the Parties' previous Joint Status Report, FEMA had located and uploaded approximately 6,000 records into its FOIA processing software system. *See* ECF No. 7 ¶ 1. Approximately 700 records contained "corrupted" (*i.e.*, damaged and unusable) e-mail attachments. *See id.* As the previous Report noted, FEMA has been working to obtain all of the corrupted e-mail attachments directly from the e-mail custodians. *See id.* FEMA represents that it has been able to locate all "corrupted" files from the custodians, with the exception of files from

one custodian who is no longer a FEMA employee.[1]  The Parties are in discussions regarding the files that were in the possession of the departed custodian.

      3.      The Parties further agreed that FEMA would process 500 pages per month for responsiveness and redactions.  *See id.*

      4.      FEMA made its first interim release of records on October 19, 2018.  For this release, FEMA released in full 183 pages of responsive records and 1 spreadsheet.  Further, FEMA released 2 additional spreadsheets in part pursuant to FOIA Exemption 6.

      5.      FEMA made its second interim release of records on November 7, 2018, releasing 43 pages of records and 19 spreadsheet in full.  Further, FEMA released 3 additional spreadsheets in part pursuant to FOIA Exemption 5.

      6.      FEMA anticipates that it will make its third, and final, release to Plaintiff by December 19, 2018.

      7.      The Parties agree that the current schedule governing these proceedings remains appropriate and will file another status report by January 8, 2019.

---

[1] The e-mail attachments in question are password protected and cannot be opened without the custodian providing the password.

November 13, 2018                          Respectfully submitted,

                                           JESSIE K. LIU
                                           D.C. BAR #472845
                                           United States Attorney

                                           DANIEL F. VAN HORN
                                           D.C. BAR #924092
                                           Chief, Civil Division

                              By:   */s/ Brian J. Field*
                                    BRIAN J. FIELD
                                    D.C. BAR #985577
                                    Assistant United States Attorney
                                    555 4th Street, N.W.
                                    Washington, D.C. 20530
                                    Tel: (202) 252-2551
                                    E-mail: Brian.Field@usdoj.gov

                                    *Counsel for Defendant*


                              By:   */s/ Robin F. Thurston*
                                    Javier M. Guzman (D.C. Bar No. 462679)
                                    Robin F. Thurston (D.C. Bar No. 1531399)
                                    Democracy Forward Foundation
                                    P.O. Box 34553
                                    Washington, D.C. 20043
                                    (202) 448-9090
                                    jguzman@democracyforward.org
                                    rthurston@democracyforward.org

                                    *Counsel for Plaintiff*