UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, <br><br>  *Plaintiff*, <br><br>  v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, <br><br>  *Defendant*. | Civil Action No. 18-1597 (RBW) |

## STIPULATION OF DISMISSAL

Plaintiff, Democracy Forward Foundation, and Defendant, the Federal Emergency Management Agency, hereby stipulate to the dismissal of this matter with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party will bear its own attorneys' fees and costs.

February 7, 2019

 */s/ Robin F. Thurston*
Javier M. Guzman, D.C. Bar 462679
Robin F. Thurston, D.C. Bar 1531399
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jguzman@democracyforward.org
rthurston@democracyforward.org

*Attorneys for Plaintiff*

Respectfully submitted,

JESSIE K. LIU, D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar 924092
Chief, Civil Division

By: */s/ Brian J. Field*
BRIAN J. FIELD, D.C. Bar 985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2551
Brian.Field@usdoj.gov

*Attorneys for Defendant*